**Motion Granted, Appeal Reinstated, Appeal Dismissed, and Memorandum Opinion filed June 15, 2023.**



In The

# Fourteenth Court of Appeals

### NO. 14-23-00006-CV

## LOCUMTENES.COM, LLC D/B/A LT MEDICAL, LLC, Appellant

## V.

## DR. HANI HANNA, Appellee

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1107602**

## MEMORANDUM OPINION

This is an appeal from an order signed December 15, 2022. On May 18, 2023, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a). The motion is granted.

We reinstate the appeal and dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.